UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER
SITE LITIGATION

21MC103(AKH)

HAROLD RAMIREZ, (AND WIFE, NOVOA THOMAS),

08CV2304(AKH)

Plaintiff(s),

**NOTICE OF APPEARANCE**

-against-

100 CHURCH LLC, et al.,

Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         May 14, 2008

Yours etc.,

HARRIS BEACH PLLC
*Attorneys for Defendant*
**100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.**

_____/s/_____
Stanley Goos, Esq. (SG-7062)
100 Wall Street
New York, NY  10005
212 687-0100
212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on May 14, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

    1.    100 Church and Zar Realty Management Corp. n/k/a Sapir Realty Management Corp. Notice of Appearance

Dated: May 14, 2008

                                       /s/
                              Stanley Goos, Esq. (SG 7062)