UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER<br>MANHATTAN DISASTER SITE LITIGATION | **21 MC 103 (AKH)** |

_____

| | |
|---|---|
| HAROLD RAMIREZ AND NOVOA THOMAS, | 08-CIV-2304 (AKH) |

                        Plaintiffs,

  -against-

100 CHURCH, LLC, ET. AL.,

                        Defendants.
_____

## **NOTICE OF APPEARANCE**

      Please enter the appearances of John J. Henry, Esq., and William S. Nolan of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated: Albany, New York
       May 15, 2008                      WHITEMAN OSTERMAN & HANNA LLP

                                      /s/ John J. Henry
                            BY: _____
                                  John J. Henry (JH-7137)
                                  William S. Nolan (WN-8091)
                                  Attorneys for Defendant TRC Engineers, Inc.
                                  One Commerce Plaza
                                  Albany, New York  12260
                                  (518) 487-7650

2

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 15th day of May, 2008, via ECF upon the ECF participants.

/s/ Carrie L. Lalyer
_____
Carrie L. Lalyer